

**The Legal Aid Society**

Federal Defender Division • Eastern District of New York
16 Court Street, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760
www.legal-aid.org

*Federal Defender Division*
**Leonard F. Joy**
*Attorney-in-Charge*

September 9, 2005

*Eastern District of New York*
**Peter Kirchheimer**
*Attorney-in-Charge*

The Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

APPLICATION TO TRAVEL GRANTED. SO ORDERED

USDJ 9/9/05

Re:  <u>United States v. Wilfredo Barrientos, 05 CR 505 (FB)</u>

Your Honor:

    Mr. Barrientos was arrested in June 2005, on a charge of heroin importation. He was released on July 13, 2005, on a $100,000 bond signed by three suretors. Among other conditions, his travel is restricted to New York City and the Eastern District of New York. Mr. Barrientos is an American citizen. He has an eight-year-old daughter who is being cared for by his mother in Puerto Rico. I am writing to request permission for Mr. Barrientos to travel to Puerto Rico to visit his daughter. Mr. Barrientos plans to stay with his girlfriend, Yolanda Rivera. Her address is Res. Candelaria, Edificio 22, Apt. 155, Mayaguez, Puerto Rico, 00681. The tentative dates of his trip are September 13, 2005, to September 27, 2005. He will continue to telephone his Pretrial Officer here and can make in-person visits to a Pretrial Officer there if necessary. AUSA Licha Nyiendo objects to our request.

    Thank you for your attention to this matter.

Yours truly,

Deborah Colson

Deborah Colson
(718) 330-1210

cc:  Clerk of Court
     AUSA Licha Nyiendo